# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Pachunka,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>　　　　　Defendant. | No. CV-17-03969-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 28).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **April 25, 2018** without further leave of Court.

Dated this 26th day of March, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　　United States District Judge